ACCEPTED
03-14-00731-CV
5788291
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 2:08:41 PM
JEFFREY D. KYLE
CLERK

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/23/2015 2:08:41 PM
JEFFREY D. KYLE
Clerk

June 23, 2015

Mr. Jeffrey D. Kyle
Clerk
3rd Court of Appeals
P. O. Box 12547
Austin, Texas 78711-2547

    Re:   CAUSE NO. 03-14-007317-CV
           Juana Mendez Valdez v. Melody Mueller Moerbe

## VACATION NOTICE

Dear Mr. Clerk:

Counsel for Appellant will be out of his office on vacation between July 6 and August 6, 2015, and therefore requests that, if possible, no ruling of the court be released during that time period.

        Respectfully submitted,

        Law Office of O. F. Jones III
        109 W. Santa Rosa
        P. O. Drawer E
        Victoria, Texas 77902
        (361) 573-6381
        (361) 576-4507(fax)

        By:___/s/   O. F. Jones III_____
          O. F. Jones III

State Bar No. 10974000


cc:     counsel for Defendant
        David Jones